Copies to: Judge
AUSA – Special Proceedings
Dft.

United States District Court
For Honor District Court For
The District Of Columbia
Nations' Capitol.......
Washington, D.C.

Let this be filed. Hogan, C.J. 10/2/07

CR 74-138-TFH

Petitioner - Name
/S/ Mr. Terry L. Burgin-El-Bay,
aka-Senior-Citizen;
Mr. Terry L. Burgin

V.S.

Resident - Attorney
Number: 22241-1015
S.S. Number: 154-31.5-3 Div. D.C.
Case No. Docket
Number:
Honor Court No.

Respondent - Name
/S/ United States Of America - Honor - Capacities;
U.S. Parole Commission - Honor - Capacities

FILED
OCT - 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Writ Of Mandamus
Petition

RECEIVED
SEP 21 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Responding - Petitioner, Here-By
Pose-Place - The Honor Government's ...

Petition For A Writ Of Mandamus, In Which It Ask's This Honor Court Court-Capacities, To-Invoke It's ..... Extraordinary-Mandamus Jurisdiction To-Order District Judge's-Statuses; To Issue A Final Ruling On The Defendant's-Respondent's..... Constitution s And Amendment's Right's-Violations-Be-Stop-Immediate-Against-Petitioner's" Immediate-Release, And Moneyatory-Relief As-Honor-able Court-Deem, By The Constitution-Violation's-Abuse-To Petitioner-Wrong-Stop;"..... In 30 Day's"..... Honorable Court And s Honorable Judge-Capacities."

As Will Be Demonstrated-Here-..... Petitioner-Writ Mandamus-Herein Government-"Has Not Met It's Heavy-Burden-To-Petitioner-According; To-Constitution s And Amendment-Right's" To Petitioner-Not Been Given"..... Procedure's s, Proceeding's-Poor None-Constitution s And Amendment-Right's: Proceeding; Hearing, Notice, or Copies-Procedures-Probable Cause." That is Causing Irreparable-Wrong And, Risk-Pass-Discretion:..... To Petitioner, Not-Being Given-"5" Day's Procedure's s Proceeding; As Prescribed By

The Constitution, And Amendment-Right's, 4th & 6th & 8th - In Compassing All ..... Right's. Time - Has - Pass - Not Use - To - ..... Petitioner; In All Constitution Right's And Amendment's - Prescribed - By - Law, Hearing, Notice or Copies, Nor 5 Day's To 90 Days - Time - To Be Done - Not done Over Original Sentence: "That Has Been Completed - Since, 20003." Thus Causes ..... Violation - Here Mandamus Writ - Petitioner, Honor Court - mess; ..... To Stop - Abuse - The Government's And The Public, In General, Have a Genuine - Need To - Resolve - This ..... Case - Promptly; ..... Stop - Constitution & ..... And Amendment Right's - To - Petitioner".

In Re U.S., 158 F.3d 23, 30 "1st Cir. - 1998; In Re Cargill, Inc, 66 F.3d 1256, 1260 "1st Cir. 1995; Will V. Calvert Fire - Ins. Co, 437 U.S. 655, 661-62, 98 S. Ct 2552, 57 L. Ed. 2d 505 1978, ..... Citing Knickerbocker Ins. Co. Of Chicago V. Comstock, 83 U.S. 258, 21 L. Ed. 493" 1872; 6 - Six Unknown Agency's; ..... - Constitution - Writ - In Honor District Of Columbia - Nation's Capitol - Washington, D.C. -, Jurisdiction; Is Given - By Law - Petitioner - File, And Have - Relief;

"Not - Have Any - Right's"; Constitution s And, Amendment's Right's..... Violated - In Any - Minor or Time." All - Citizenry - Govern's - She, He, Youth's; By - United States..... Honor - Constitution Right's s And Amen - dment's - Right -; ..... None - Never ..... Be Violated." U.S.C.A. § 1651, And Rule 21 - Of Federal Rules Of - Appellate - Procedure's - Right's".

":Relief Sought; And Issue - Fact's":

Bench Warrant - Answer, 6-11-07 - At D.C. Jail - Facility; Went To Honor District - Court - District Of Columbia, - National Capitol, Washington, D.C.; To Answer Warrant Proceed - ing: Was a Escape - Title:..... Wasn't - Given Know - Notice, Copies, Hearing Dates; - As Probable Cause - Procedure's s and Proceeding - In Any Form;..... To What - Agencies - Capacities, At Bench Warrant - of Question;..... Place on Petitioner." For Petitioner - Sentence, was Complete - d - In 2000's." "Shock - Emphasized". Petitioner was Return to D.C. Jail Facility. 6-11-07 - Evening, Know Notice, Copies, Receipt, Hearing Date." S - Petitioner - Check - D.C. Jail - Administration Capacities; since Petitioner - has know..... Sentence," Now - Being Held"?? Confinement" Oral - ly, Was Explain - By Administration Capacities - Unit Area Manager - Person, and Record's Director - Department."

Capacities - Administration - Existance; Personal-ee-s Stated - Was a Parole Commission - Warrant." Shock - Emphasizes -; Sentence - Original - was Finish In 20003." All, Capacities - Of Warrant - Procedures, and Proceeding; have 5 Days too 90 Days - To - Not - Violate - Petitioner.... Constitution Right's and Amendment Right's - Probable Cause - Procedure, s Proceeding Right's," Have Hearing, With Attorney; in these Days - Time - Open Arrest." This Has Not been Done - in Any Honor - Administrative Capacities - Court - or Parole Commission." It's, now 8-1-07 and Know Longer at - D.C. Jail - Facility. Been Transferred - Rivers Correctional Institution - Winton, North Carolina." Still, know Hearing, Notice -; Only - Will - See - Commission Of Parole - Capacities - here - Winton, N.C. in This - Month or Next - Administration, gave Classification - Papers." And, I - still have know - Sentence and, Their - here Winton, North Carolina, show - Sentence - Been over In 20003." 500 Indiana Avenue, N.W.... Parole Commission - National Capitol .... Washington, D.C." - Record Sign - Release Book - Of 20003; Allead and Show Time - Sentence is Finish - First Floor - Precinct - Office." Honorable District Court - Habeas Corpus - Decision; Honor - mean - Judge - Decision - 20004"; Will, also - Show - Have Know Sentence."

With Check, All-These -Administrative- Capacities: Clear - Show - Have - Know Sentence" And, Know Need - Bench - Warrant - Of - Escape" Sentence - Been - Finish. "I am Questing with here - Writ - Mandamus - Be Rule; In Stop"- ing - Petitioner - From Being Held In Violations- Constitution Right's and Amendment's Right's: 4th 6th, 8th - Eight - Encompassing All - Right's - "To Stop" - Against - Petitioner. "Immediate Release- and Relief - Honor-able Court - Deem........ Monetary; Wrong Confinement."

:Summary Of Argument:

See - Attach - Legal Sections Records; As here - Til - Conclusion - Section"

Following Legal-Section, All Out Title 18 U.S. Codes and District Of Columbia - Codes: "Relief & Release, § 43:4, 43:6, 8, 12, 25, 28, 33: All-Section 43 and 4th & 6th Amendment's - Right's: § 47:6, 47:15 - Dismissal - Wrong - Confinement, and not given" Procedures or Proceeding Right's. By Any Respondent's - Capacities." § 44:3, 44:6, 44:28 - Know Receipt's or Notice - within 5 Day's or 90 Day's: § 45:29 Relief - Here - Court - Deem, in Correction; This Error and Right's Violation - Against - I - Petitioner - here - File - Mandamus." 28 C.F.R. § 2.20, Not done in Five Day; Petitioner is be Release and not too a "New State": Probable Cause."

U.S. V. Webster 492 F.2d 1048 D.C. 1974
U.S. Ex Rel Carson V. Taylor 540 F.2d 1156 2 D Cir 1976
Delay's Day's Over; "Maslauskas V. U.S. B.P. 397.2d 935 3 D Cir. 1980 Mc Neal V. U.S. 553 F.2d 66 10th Cir 1977; 60 - Day's Sinclair V. Henman 986 F.2.D 407 10th Cir. 1993; Invalid's or Pass Judge: Smith V. U.S. 577 F.2D 1025 5th Cir. 1978. 90's - Day's Ellis V. District Of Columbia, 84 F.3D. 1413 D.C. Cir. 1996. Technical Violation's not be Here out of Local Hearing Procedure. "White V. White, 925 F.2d 287 9th Cir. 1991. Jurisdiction: Greene V. Michigan Dept. Of Correction, 315 F.2d 544 6th Cir, 19 C 428, 2202"b" Etc. - Must go by Procedures &, Proceeding Right's Of Constitution United States.

"Conclusion"

Concurr's, Express-ed in Present.... Petitioner;- Writ Mandamus -: Have Already Come To - Fruition and, Petitioner - is Continue Held - With - Out - Any Sentence - "Has Cause Added - Stress, of Irreparable Harm - To - All - The Government, and Public." Petitioner - Wrong - By Not Have - ing Having Constitution Right's, and Amendment Right's - Stop - Being Violated - By Constitution Right's and Amendment - Right's - By United States - Constitution" Stop - Abuse - To - Petitioner;..... And Grant - Here - Writ Mandamus, and Stop - Further - Damage - To - Petitioner, Constitution Right's, And Amendment - Right's;".... Procedure's & Proceeding;"

Respectfully - Request's - This Honor Court - Order - Petitioner - Here - Writ Mandamus; To Immediate - Release, and Stop 4th 6th 8th Constitution and Amendment Right's - Against Petitioner;" Moneyatory Relief - as Honor-ness Court - Deem Regulating - All - Constitution - Violations - Against - Petitioner;" Procedure's, Proceeding - and Bench Warrant - Escape, With-Known Sentence."

That is Finish." With In - 30 Days".
Supreme Court - Honor-um-mens;
Recognizes - All-Constitution Rights
And Amendments - Rights." All - Can -
Never Be - Held - Against - Any Citizenry -
Govern -; At Any Time - Be - Denied":
Of Tooth and Beyond Shadow Of Doubt -
Of The Law, "Serious - Adverse - Consequences -
Can't - Be - To - Petitioner - Or - Citizenry - Govern -
She, He, Youths." Honor - able - Court -
Granting - Present - Here - Writ Mandamus -
- Petitioner - Awaits, "" See, Attach - Notice Sentence -
be complete - as Pending Habeas Corpus; Attest Honor District
For The District Of Columbia.""

Respectfully Submitted,
Petitioner /S/ Mr. Terry L. Benjamin-El-Bey
Aka - Same Citizenry,
Mr. Terry L. Benjamin

This Day 7th Of Sept. year 2007

Notary Public Rita C. Williams
/S/

```
  RIVA0   540*23 *              SENTENCE MONITORING              *      08-07-2007
PAGE 001         *               COMPUTATION DATA                *      11:25:12
                                 AS OF 08-07-2007

REGNO..: 22241-175 NAME: BURGIN, TERRY L


FBI NO...........: 677812F                   DATE OF BIRTH:
ARS1.............: RIV/A-DES
UNIT.............: C                         QUARTERS.....: Z01-215LAD
DETAINERS........: NO                        NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 11-19-2006

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 01-19-2007 VIA PAROLE

----------------------CURRENT JUDGMENT/WARRANT NO: 060 ------------------------


COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: 74-138,852-73
JUDGE...........................: GASCH
DATE SENTENCED/PROBATION IMPOSED: 05-29-1974
DATE WARRANT ISSUED.............: 12-10-2002
DATE WARRANT EXECUTED...........: 04-15-2003
DATE COMMITTED..................: 07-21-2003
HOW COMMITTED...................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:


RESTITUTION...: PROPERTY: NO  SERVICES: NO       AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------

OFFENSE CODE....: 602
OFF/CHG: ASSAULT POLICE OFFICER, ARMED KIDNAPPING, ASSAULT DANGEROUS
         WEAPON.

 SENTENCE PROCEDURE.............: DC CODE ADULT
 SENTENCE IMPOSED/TIME TO SERVE.:    30 YEARS
 NEW SENTENCE IMPOSED...........:  1619 DAYS
 BASIS FOR CHANGE...............: PAROLE VIOLATOR WARRANT EXEC
 DATE OF OFFENSE................: 10-05-1973




G0002        MORE PAGES TO FOLLOW . . .
```

FILED
OCT - 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Attachments

CR 74-138-TFH

day of Oct-07 Place Parole Hearing as early as three Months Pass 90 Day's Limit, Result's - 8-9-07 - Team Unit Capitalize,"

```
  RIVA0   540*23 *          SENTENCE MONITORING            *      02-07-2006
PAGE 001         *           COMPUTATION DATA              *      10:12:01
                             AS OF 02-07-2006

REGNO..: 22241-175 NAME: BURGIN, TERRY L

FBI NO...........: 677812F                    DATE OF BIRTH:
ARS1.............: RIV/A-DES
UNIT.............: C                          QUARTERS.....: C05-212U
DETAINERS........: NO                         NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 11-17-2007

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  03-19-2008 VIA MAND REL

----------------------CURRENT JUDGMENT/WARRANT NO: 060 -----------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: 74-138,852-73
JUDGE...........................: GASCH
DATE SENTENCED/PROBATION IMPOSED: 05-29-1974
DATE WARRANT ISSUED.............: 12-10-2002
DATE WARRANT EXECUTED...........: 04-15-2003
DATE COMMITTED..................: 07-21-2003
HOW COMMITTED...................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $00.00

-------------------------CURRENT OBLIGATION NO: 010 --------------------------

OFFENSE CODE....:  602
OFF/CHG: ASSAULT POLICE OFFICER, ARMED KIDNAPPING, ASSAULT DANGEROUS
         WEAPON.

 SENTENCE PROCEDURE.............: DC CODE ADULT
 SENTENCE IMPOSED/TIME TO SERVE.:    30 YEARS
 NEW SENTENCE IMPOSED...........:  1619 DAYS
 BASIS FOR CHANGE...............: PAROLE VIOLATOR WARRANT EXEC
 DATE OF OFFENSE................: 10-05-1973

G0002        MORE PAGES TO FOLLOW . . .
```

```
  RIVA0  540*23 *          SENTENCE MONITORING              *
PAGE 002 OF 002 *            COMPUTATION DATA               *     10:12:01
                             AS OF 02-07-2006

REGNO..: 22241-175 NAME: BURGIN, TERRY L
                                                     020

-------------------------CURRENT COMPUTATION NO: 030 --------------------------

COMPUTATION 030 WAS LAST UPDATED ON 12-20-2005 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 12-21-2005 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 030: 060 010

DATE COMPUTATION BEGAN..........: 04-15-2003
TOTAL TERM IN EFFECT............:  1619 DAYS
TOTAL TERM IN EFFECT CONVERTED..:    4 YEARS     5 MONTHS      5 DAYS
EARLIEST DATE OF OFFENSE........: 10-05-1973

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    04-13-2003    04-14-2003

INOPERATIVE TIME.........: REASON   FROM DATE     THRU DATE
                           ESCAPE   03-12-2004    09-19-2005

TOTAL JAIL CREDIT TIME..........: 2
TOTAL INOPERATIVE TIME..........: 557
STATUTORY GOOD TIME RATE........: 7
TOTAL SGT POSSIBLE..............: 372
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: 03-20-2008
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: 09-28-2008
EXPIRATION FULL TERM DATE.......: 03-27-2009

NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: PAROLE EFFECTIVE

PROJECTED SATISFACTION DATE.....: 03-19-2008
PROJECTED SATISFACTION METHOD...: MAND REL

G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

Mr. Terry L. Burgin-El-Bey-Aka-Same-Citizenry;
Mr. Terry L. Burgin :

vs. : Civil Action No. ____________

United States Of America,
Honor Capacities :
Parole Commission
Honor Capacities :

**Motion/Affidavit In Support Of
Motion To Proceed In Forma Pauperis**

I, Mr. Terry L. Burgin-El-Bey, Aka-Same Citizenry, Mr. Terry L. Burgin, am the petitioner in the above entitled case. In support of my motion to proceed without being required to prepay fees or costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, that I believe I am entitled to redress.

I declare that the responses which I have made below are true.

1. Are you presently employed? Yes____ No ✓
   a. If the answer is yes, state the amount of your salary per month and give the name and address of your employer.

   ______________________________________

   b. If the answer is no, state the date of last employment and the amount of the salary per month which you received.

   Evictions-men; Scale-Rate" 07

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession, or form of self-employment? Yes____ No ✓

State of NC, County of Pasquotank
Signed before me on this 7th day of Sept., 2007 by Terry Burgin
Notary Public Rita C. Williams

Mr. Terry L. Burgin-El-Bey
Aka-Same-Citizenry
Mr. Terry L. Burgin

RIVERS CORRECTIONAL INSTITUTION

Resident Account Summary

Monday, August 20, 2007 @09:56

For REG: 22241175 BURGIN, TERRY L

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---|---|---|---|---|
| 08/20/2007 | <IND POSTAG | Payment for IND POSTAGE o | -1.23 | 28.77 | 0.00 | 0.00 | |
| 08/20/2007 | DEPMO | F.M. WHITAKER | 30.00 | 30.00 | 1.23 | 0.00 | |
| 08/09/2007 | IND POSTAGE | STAMPS | 1.23 | 0.00 | 1.23 | 0.00 | |
| 08/02/2007 | BAL FWD | INITIAL DEPOSIT - REINSTA | 0.00 | 0.00 | 0.00 | 0.00 | |
| 12/06/2006 | MISC | ERROR ON PAYROLL | -58.00 | 0.00 | 0.00 | 0.00 | |
| 12/06/2006 | WDRAWAL CHK | VOID-PAYROLL | 58.00 | 58.00 | 0.00 | 0.00 | |
| 12/04/2006 | WDRAWAL CHK | PAYROLL | -58.00 | 0.00 | 0.00 | 0.00 | |
| 12/01/2006 | PAYROLL | SECURITY-NOV | 58.00 | 58.00 | 0.00 | 0.00 | |
| 12/01/2006 | PAYROLL | VOID-Inner Yard | -58.00 | 0.00 | 0.00 | 0.00 | |
| 12/01/2006 | PAYROLL | Inner Yard | 58.00 | 58.00 | 0.00 | 0.00 | |
| 11/21/2006 | WDRAWAL CHK | RELEASE FUNDS #22241-175 | -70.91 | 0.00 | 0.00 | 0.00 | |
| 11/20/2006 | PAYROLL | SECURITY-NOV | 67.28 | 70.91 | 0.00 | 0.00 | |
| 11/20/2006 | PAYROLL | VOID-SECURITY-NOV | -67.58 | 3.63 | 0.00 | 0.00 | |
| 11/20/2006 | PAYROLL | SECURITY-NOV | 67.58 | 71.21 | 0.00 | 0.00 | |
| 11/03/2006 | EPR | OID:100046858-ComisaryPur | -55.47 | 3.63 | 0.00 | 0.00 | |
| 11/02/2006 | PAYROLL | Inner Yard | 58.00 | 59.10 | 0.00 | 0.00 | |
| 10/06/2006 | EPR | OID:100043996-ComisaryPur | -59.52 | 1.10 | 0.00 | 0.00 | |
| 10/02/2006 | PAYROLL | SECURITY-SEPT | 58.00 | 60.62 | 0.00 | 0.00 | |
| 09/08/2006 | EPR | OID:100040809-ComisaryPur | -56.95 | 2.62 | 0.00 | 0.00 | |
| 09/06/2006 | PAYROLL | SECURITY-AUG | 58.00 | 59.57 | 0.00 | 0.00 | |
| 08/11/2006 | MISC | COMMISSARY PURCHASE | -7.00 | 1.57 | 0.00 | 0.00 | |
| 08/07/2006 | EPR | OID:100037597-ComisaryPur | -54.68 | 8.57 | 0.00 | 0.00 | |
| 08/03/2006 | PAYROLL | SECURITY-JULY | 63.00 | 63.25 | 0.00 | 0.00 | |
| 07/31/2006 | EPR | OID:100036702-ComisaryPur | -1.40 | 0.25 | 0.00 | 0.00 | |
| 07/10/2006 | EPR | OID:100034588-ComisaryPur | -34.09 | 1.65 | 0.00 | 0.00 | |
| 07/05/2006 | PAYROLL | SECURITY-JUNE | 34.00 | 35.74 | 0.00 | 0.00 | |
| 06/19/2006 | EPR | OID:100032356-ComisaryPur | -5.55 | 1.74 | 0.00 | 0.00 | |
| 06/12/2006 | EPR | OID:100031532-ComisaryPur | -26.75 | 7.29 | 0.00 | 0.00 | |
| 06/05/2006 | PAYROLL | SECURITY-MAY | 34.00 | 34.04 | 0.00 | 0.00 | |
| 05/30/2006 | EPR | OID:100029847-ComisaryPur | -20.15 | 0.04 | 0.00 | 0.00 | |
| 05/15/2006 | DEPMO | TONYA | 20.00 | 20.19 | 0.00 | 0.00 | |
| 05/08/2006 | EPR | OID:100027453-ComisaryPur | -22.69 | 0.19 | 0.00 | 0.00 | |
| 05/05/2006 | <IND POSTAG | Payment for IND POSTAGE o | -1.12 | 22.88 | 0.00 | 0.00 | |
| 05/05/2006 | PAYROLL | SECURITY-APR | 24.00 | 24.00 | 1.12 | 0.00 | |
| 04/18/2006 | <IND POSTAG | STAMPS | -0.05 | 0.00 | 1.12 | 0.00 | |
| 04/18/2006 | IND POSTAGE | STAMPS | 1.17 | 0.05 | 1.17 | 0.00 | |
| 04/10/2006 | EPR | OID:100023263-ComisaryPur | -36.87 | 0.05 | 0.00 | 0.00 | |
| 04/04/2006 | PAYROLL | SECURITY-MAR | 36.88 | 36.92 | 0.00 | 0.00 | |
| 03/06/2006 | EPR | OID:100019303-ComisaryPur | -24.08 | 0.04 | 0.00 | 0.00 | |
| 03/03/2006 | DEPMO | DEPT OF CORRECTIONS | 20.22 | 24.12 | 0.00 | 0.00 | |
| 03/02/2006 | <IND POSTAG | Payment for IND POSTAGE o | -1.17 | 3.90 | 0.00 | 0.00 | |
| 03/02/2006 | <IND POSTAG | Payment for IND POSTAGE o | -1.17 | 5.07 | 1.17 | 0.00 | |
| 03/02/2006 | <IND POSTAG | Payment for IND POSTAGE o | -1.17 | 6.24 | 2.34 | 0.00 | |
| 03/02/2006 | <IND POSTAG | Payment for IND POSTAGE o | -1.17 | 7.41 | 3.51 | 0.00 | |
| 03/02/2006 | PAYROLL | SECURITY-FEB | 8.58 | 8.58 | 4.68 | 0.00 | |
| 02/22/2006 | IND POSTAGE | STAMPS | 1.17 | 0.00 | 4.68 | 0.00 | |
| 02/15/2006 | IND POSTAGE | STAMPS | 1.17 | 0.00 | 3.51 | 0.00 | |
| 02/03/2006 | IND POSTAGE | STAMPS | 1.17 | 0.00 | 2.34 | 0.00 | |
| 01/27/2006 | IND POSTAGE | STAMPS | 1.17 | 0.00 | 1.17 | 0.00 | |
| 01/26/2006 | BAL FWD | INITIAL DEPOSIT | 0.00 | 0.00 | 0.00 | 0.00 | |

United States District Court
for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

THE ENCLOSED PAPERS ARE RETURNED FOR THE FOLLOWING REASON(S):

( ) Your pleading is being returned for your signature.

( ) Future pleadings must contain a completed address and regulation number.

( ) You must provide a case number or full name, date of birth, date of arrest and the charge.

( ) Sent to this Court in error.

( ) The cost for copying is 50 cents per page, 10 cents per page for electronic case filing (ECF). The documents you have requested consist of ______ pages. Copies will be forwarded to you upon receipt of a money order or check payable to "Clerk, U.S. District Court" in the amount of ________. An additional $9.00 is required, if certification is needed.

( ) The cost for a criminal record search is $26.00. Your request will be processed within 24 hours upon receipt of a money order or check payable to "Clerk, U.S. District Court".

(✓) Unable to find a case in this Court.

( ) Please provide the Court with an Original pleading.

( ) Other :_____________________________________________

_____________________________________________

Date: 7/5/07

BY: Linda Pugh
CRIMINAL DIVISION UNIT
(202) 354-3060

10/11/05

July 9-06
mail Habeas
Corpus to Court
By 15 of July 06
[illegible]
Number Honor Court Clerk

July 17-07 of 7-12-07 to Court
Ms. Nancy Mayer, Clerk
aknowledge Receipt 7-12-07
Recieved 7-11-07. [illegible]
Reply Back - 7-12-07 and [illegible]
gave in Brief - hope locate Writ
Habeas Corpus - and explain and
have Family locate Writ assist
Number in Copies at hope " Ms Pugh, Clerk
this [illegible] desolve Wrong Constitution Confinement

BP-S288.052 INCIDENT REPORT CDFRM
MAY 1994
U.S. DEPARTMENT OF JUSTICE — FEDERAL BUREAU OF PRISONS

~~1539697~~ # 1631905 New IR Rehearing

1. NAME OF INSTITUTION: Rivers Correctional Inst

PART I - INCIDENT REPORT

| 2. NAME OF INMATE | 3. REGISTER NUMBER | 4. DATE OF INCIDENT | 5. TIME |
|---|---|---|---|
| Burgin, Terry | 22241-175 | 11-27-06 | 1935 |
| 6. PLACE OF INCIDENT | 7. ASSIGNMENT | 8. UNIT | |
| Furlough to Halfway House | Unassigned | C 0 212 | |
| 9. INCIDENT | | | 10. CODE |
| Escape | | | 200 |

11. DESCRIPTION OF INCIDENT (Date: 11/29/06 Time: 935 AM Staff became aware of incident)
On 11/29/06, I Case Manager O. Davis was notified by CMC - T. Roberts and R. Cherry Major of RCI that on 11/27/06 Inmate Terry Burgin was Furlough transferred to Hope Village Inc. in Washington DC. He failed to arrive at that designated facility and was placed on escape status by 11/28/06 RCI. His current whereabouts are unknown and all appropriate law enforcement officials have been notified.

| 12. SIGNATURE OF REPORTING EMPLOYEE | DATE AND TIME | 13. NAME AND TITLE (Printed) |
|---|---|---|
| O. Davis | 11/29/06 1110 | O. Davis, Case Manager |

| 14. INCIDENT REPORT DELIVERED TO ABOVE INMATE BY | 15. DATE INCIDENT REPORT DELIVERED | 16. TIME INCIDENT REPORT DELIVERED |
|---|---|---|
| Sgt C Merritt Sgt Sawyer | ~~11-29-06~~ 08-14-07 | ~~1230~~ 2010 |

PART II - COMMITTEE ACTION

17. COMMENTS OF INMATE TO COMMITTEE REGARDING ABOVE INCIDENT
Inmate is unable to make a statement due to him being on escape status.

The sentence structure. 2/15/07

18. A. IT IS THE FINDING OF THE COMMITTEE THAT YOU:
____ COMMITTED THE FOLLOWING PROHIBITED ACT.
____ DID NOT COMMIT A PROHIBITED ACT.

B. ✓ THE COMMITTEE IS REFERRING THE CHARGE(S) TO THE DHO FOR FURTHER HEARING
C. ____ THE COMMITTEE ADVISED THE INMATE OF ITS FINDINGS AND OF THE RIGHT TO FILE AN APPEAL WITHIN 15 CALENDAR DAYS.

19. COMMITTEE DECISION IS BASED ON THE FOLLOWING INFORMATION
Greater than UDC level
Greater than UDC level 2/15/07

20. COMMITTEE ACTION AND/OR RECOMMENDATION IF REFERRED TO DHO (CONTINGENT UPON DHO FINDING INMATE COMMITTED PROHIBITED ACT)
UDC Recommends Loss of 27 days GCT
UDC Recommends Loss of 27 days GCT 2/15/07

2/15/07 1205

21. DATE AND TIME OF ACTION 12/1/06 1451 (THE UDC CHAIRMAN'S SIGNATURE NEXT TO HIS NAME CERTIFIES WHO SAT ON THE UDC AND THAT THE COMPLETED REPORT ACCURATELY REFLECTS THE UDC PROCEEDINGS.)

| David Lafond / J. Bond / T. Bond | G. Sexton / [signature] / J. Sneed / [signature] | |
|---|---|---|
| Chairman (Typed Name/Signature) | Member (Typed Name) | Member (Typed Name) |

Record Copy - Central File Record; Copy - DHO; Copy - Inmate after UDC Action; Copy - Inmate within 24 hours of Part I preparation

• United States District Court •
• For The District Of Columbia •

Date: Sept. 10-07

To: United States District Court
Criminal Division Unit
Honor Clerk, Ms. Linda Pugh
National Capitol
333 Constitution Avenue, N.W.
Washington, D.C. 20001:

From: Mr. Terry L. Burgin-El-Bey
Unit-I # No. 22241-175-Area #101
P.O. Box 620 R.I.C.
National State
Winton, North Carolina 27986:

RECEIVED
SEP 21 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Hon. Clerk, Ms. L. Pugh:

I am in Mandamus-Writ, Form-Writ, in Hopes-this Can Clear away Wrong Constitution Rights and Amendments against Me: Confinement and, aid in Habeas Corpus Decision; that havein hinderance too fine. "To Immediate Release". With You and Honor Court-soon-rest-Reply, back!

Sincere-ly, Yours-
Attorney-Mr. Terry L. Burgin-El-Bey.

"Date:" 8-5-07

To: United States District Court
For The District Of Columbia
Honorable Clerk - Ms. Linda Pugh,
Criminal Division Unit
National Capitol
333 Constitution Avenue, N.W.
Washington, D.C. 20001:

From: Mr. Terry L. Burgin - El - Bay
Unit C-Area-No. 12241-175-R.S.C.
P. O. Box 630
National, States
Winton, North Carolina 27986:

Notice - Sudden - Transfer, "and a-
Writ - Habeas Corpus - Decision,
and Immediate - Release: "For a
Decision - Clear - Issue - Sentence-
Sentence - at All - Time":

RECEIVED
AUG - 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2)

Dear Mr. L. Payh, Clerk-Honor-men:

I am writing here in letter-motion; let You and Honor Court have been transfer-out the D.C. Jail Facilities-since 8-1-07." I, spoke with You last week-Friday-by Phone and You just receive-Habeas Corpus-and hope-have-found decision and You and Honor Court-can assist too Immediate-Release and All Honor-Deem-; since-have Honor Sentence at all." As-Habeas Corpus-Decision moves all doubt.

I am, here under Federal, "No. 22241-175," and D.C. 154-362,"

....Let know same Attorney Person-Honor Court and capacity Honorum being assistance, too-Stop-Wrong Confinement and Constitution Violation-against Me-Hawley!" As, have written know Police or Office-have-receive at one spit-Confinement-since 6-7-07 and, on going even-Presently." Wait-You Clerk Honor-Habeas Corpus,-Clerk-men and Immediate-Release!"

Sincere-Earnest-Attorney,
Mr. [illegible] Burin-[illegible]

Mr. Terry L. Burgin-El-Bey
Unit-B#- No. 22241-175-Area#101
P.O. Box 620 R.I.C.
Nations States
Winton, North Carolina 27986

C/O United Sta
Criminal
Honor-Clerk
Nations; Ca
333 Constitu
Washington

~~GREEN, J.~~
GASCH, J

CRIMINAL DOCKET

United States District Court for the District of Columbia

CR 74-138 - TFH

CASE CLOSED

| PARTIES | ATTORNEYS | CRIMINAL NO. D 74- 138 |
|---|---|---|
| UNITED STATES | U. S. ATTORNEY Bayly | |
| VS. | | ORIGINAL |
| TERRY L. BURGIN | James T. Wright-A/C | CHARGE 21 USC 841(a)(Unlaw. |
| PDID: | 1908-11th St. N.W. | Poss.w/Int.to Distr.Contr.Subs.) |
| | | 33 DCC 402 (Unlaw.Poss.of a |
| | | Narc Drug);22 DCC 505(b);501; |
| | | 3202;3204(APO/w Dang.Weapon; |
| | | ~~Asslt w/Int.to Kill wh/Armed;~~ |
| | | CDW) |
| | | DATE FILED / BOND: |

| DATE | | PROCEEDINGS |
|---|---|---|
| 1974Mar | 21 | INDICTMENT FILED (5 Counts) |
| Mar | 21 | DEFENDANT committed; commitment issued. |
| Mar | 26 | ORDER dated 3-21-74 appointing James T. Wright counsel for deft. Filed, MARGOLIS, MAG. |
| Mar | 29 | REASSIGNED from Judge Green to JUDGE GASCH on 3-27-74. PRATT, J |
| Apr | 1 | ARRAIGNED: Defendant handed copy of indictment; PLEA OF NOT GUILTY entered; bond set in sum of $10,000.00; remanded. GASCH,J Rep-R. Mattson J. T. Wright,Atty |
| Apr | 29 | STATUS HEARING: Plea Not Guilty withdrawn; PLEA GUILTY entered to the lesser included offense (assault on a police officer) under Count 3 of the indictment; Referred; Remanded. GASCH, J. Rep-R. Mattson James T. Wright, Atty |
| May | 29 | CASE called for sentence: Twenty (20) months to five (5) years concurrent with any sentence now being served; Court recommends Springfield, Missouri; Remaining charges dismissed. JUDGMENT & COMMITMEN |

FPI—SS—3-5-37—4M—963

# CRIMINAL DOCKET

United States District Court for the District of Columbia

United States vs. TERRY L. BURGIN Cr. No. 74-138 Supplemental Page No. 1

| Date | | Proceedings |
|---|---|---|
| | | GASCH, J. Rep: D. Duschaine J. Wright, Atty. |
| 74Jul | 10 | ORDER dated 7-10-74 appointing James T. Wright counsel for deft. Nunc Pro Tunc 3-21-74 #146443 MARGOLIS, MAG. |
| Sep | 10 | TRANSCRIPT OF PROCEEDINGS OF 5-29-74;Pages 1-10;Rep-Duschaine (filed in CR 852-73) |
| Sept. | 17 | MOTION of defendant for reduction of sentence. (N) GASCH, J. |
| Sept. | 17 | ORDER denying defendant's motion for reduction of sentence. (N) GASCH, J. |
| Nov | 25 | PRO SE motion of the defendant for writ of Habeas Corpus. GASCH, J. ORDER denying pro se motion of the defendant for writ of Habeas Corpus. (N) GASCH, J. |
| Dec | 5 | NOTICE of Appeal from the denial of motion for writ of Habeas Corpus. Copies of Notice of Appeal to AUSA, USCA; Copies of docket entries to AUSA, USCA, Atty. Deft. |
| Dec | 19 | ORDER of 12-9-74 referring appointment of counsel to U.S.C.A. GASCH, J. |
| Dec. | 23 | AFFIDAVIT in support of application to proceed without prepayment of costs with appointed counsel - GRANTED. GASCH, J. |
| 75Jan | 14 | RECORD on Appeal delivered USCA; receipt acknowledged; USCA NO. 75-1028 |
| Jan | 29 | TRANSCRIPT of Proceedings for 4-29-74; pages 1-20; Rep. R. MAttson |
| Feb | 3 | SUPPLEMENTAL Record on Appeal delivered 1-30-75 to USCA; receipt acknowledged. USCA NO. 75-1028. |
| Feb | 19 | CERTIFIED copy of Order USCA dated 2-18-75 denying motion for appointment of counsel and dismissing appeal. |
| Feb | 27 | TRANSMITTAL sheet from USCA returning original record from the District Court. |
| | | (CONTINUED) |

CRIMINAL DOCKET

United States District Court for the District of Columbia

United States vs. TERRY L. BURGIN Cr. No. 74-138 Supplemental Page No. 2

| DATE | | PROCEEDINGS |
|---|---|---|
| 1975 Feb | 27 | ORIGINAL supplemental record containing the District Court's file copy of the reporters transcript of proceedings, or portions-thereof (1 vol) |