Date: Jan. 24-08

**FILED**

**JAN 31 2008**

Clerk, U.S. District and Bankruptcy Courts

Copies to: Judge
AUSA – Special Proceedings
Dft.

To: United States District Court
For The District Of Columbia
Clerk Of Court, Mrs. Linda Pugh
333 Constitution Avenue., N.W.
National Capitol
Washington, D.C. 20001:

From: Mr. Terry L. Burgin-El-Bay
Unit C-a # No. 22241-175-No.101
P.O. Box 630 R.I.C.
National, States
Winton, North Carolina 27986:


Dear Honor-ious-Clerk, Mrs. L. Pugh:
    I am in receipt – Your Honor Court - Capacities; on Writ Of ..... Mandamus – Status – dated 11-27-07: from Writ Of Mandamus - ..... Docketed File Oct. 4-07, Case Number CR 74-138 TFH, CR 72-852 TFH. In Honormean Judge – A U S A – Special Proceed-Department Section – procedure – Proceeding – Court Capacities".
    Present – scrib-ious (pen lettering); need to know Writ Mandamus Status – tor Ruling Decision"?? It's been over 30 Days, from filing and Docket-ed File Oct. 4-07; that a Ruling is – here in 1-08, from Oct. 4-07

RECEIVED
JAN 28 2008
Clerk, U.S. District and Bankruptcy

I waiting Honor Court - Decision."
    In Close is CR 74-138-TFH
Honor Judge Gesch, Jr., May 29-74, that
entire - Sentences - Remaining Charges
Dismissed Judgment's Committment.
Let, all - Know - Sentence is been
Completed and I, should be Immed-
ate Release. This came, from Honor
District Court - District Of Columbia
Washington, D.C. 20001. And is a
valid Docket - Order and clear-
ness is Completed as Honor Judge
Gesch, Jr. - Order". Hope, this can
be clear and I'll be Release Immed-
iately. For Computation Center, needs
Confirm - matters too - Order that is
Valid". Soon as Excuse - send valid
- ness too - Order and My Immed-
ate Release."

           Sincere - ious Respectfully
           Await - Your - Response
           & Honor Court - Ruling
Mr. Terry L. Bunyin Rfay