Date: 2-14-08

Copies to: Judge
AUSA – Special Proceedings
Dft.

**FILED**

FEB 19 2008

Clerk, U.S. District and
Bankruptcy Courts

CR 74 - 138 - TFH

To: United States District Court
For The District Of Columbia
Mrs. Honorious Linda Pugh, Clerk
333 Constitution Avenue, N.W.
National Capitol
Washington, D.C. 20001:

From: Mr. Terry L. Burgin-El Bey
Unit C-2-No. 22 041-172-Ab 101
P.O. Box 630 R.S.C.
National States
Winton, North Carolina 27986:

Dear Hon. Clerk, Mrs. L. Pugh:
            I am, in wait still –
Writ Of Mandamus – Ruling, File Oct.
4-07, A U.S.A Special Proceeding. Sept.
21-07; I received – Honor Court is still
Pending for Decision. CR 74-138 TFH,
CR 74-852 TFH.
            I am here enclosing copy
Honorable Judge Gasch, J.D., "Criminal 418.D"
sheet here May 29-74; where shows Sentence
be Dismissed, all 20 months to Five years.
This is in need – Honor Court, too Valid
this Ruling of Fact and Notify all Court
Agencies to release – Immediately – Cause all
Sentenced – are Completed. Record Off ice

RECEIVED
FEB 19 2008
Clerk, U.S. District and
Bankruptcy Courts

12

here, Winton, H.C. R. S. C.; sent too
Tifas same copy, (say), And, response
Records Chief here "Mr. White; need
be - Court - Valid - Dated". Cause, of
lenght of time; and they are still
in need Honor Court - Valid - mess.
Return - Valid - mess and Immediate
- Release - soon as Possible; and return
enclose Docket Record Sheet B. "For all
Remaining Charges - Dismissed" ....."
Judgement & Commitment - Sheet - D".

        Soon, as possible - wait
Your Honor Court - Capacities; Valid
Decission and Ruling). Also, hope
Writ Of Mandamus - Disission is
soon return. Earniest - ious - Await -
Your - Soon-iest - Response, and
(Clear-ity) too - Release; long over
Due".

                Sincerely, Respectfully,
                Written Attorney,
                Mr. Terry J. Bucford-El-Bey

P. S.
    Don't Foget Too Vote: Comein
Election", and - Stimilus - Kohd,
For All - All "Need it; ..... Cost
of Living).

GREEN, J.
GASCH, J

# CRIMINAL DOCKET

## United States District Court for the District of Columbia

### CR 74-138-TFH

CASE CLOSED

| PARTIES | ATTORNEYS | CRIMINAL NO.    D |
|---|---|---|
| UNITED STATES | U. S. ATTORNEY    Bayly | 74- 138 |
| VS. | | ORIGINAL |
| TERRY L. BURGIN | James T. Wright-A/C | CHARGE 21 USC 841(a) (Unlaw. |
| PDID: —    DOB: 2/14/47 | 1908-11th St. N.W. | Poss.w/Int.to Distr.Contr.Subs.) |
| | | 33 DCC 402 (Unlaw.Poss.of a |
| | | Narc.Drug);22 DCC 505(b);501; |
| | | 3202;3204(APO/w Dang.Weapon; |
| | | Assl& /Int.to Kill wh/Armed; |
| | | CDW) |
| | | DATE FILED    BOND: |

| DATE | | PROCEEDINGS |
|---|---|---|
| 1974 Mar | 21 | INDICTMENT FILED                                          (  Counts) |
| Mar | 21 | DEFENDANT committed; commitment issued. |
| Mar | 6 | ORDER dated 3-21-74 appointing James T. Wright counsel for deft. Filed.    MARGOLIS, MAG. |
| Mar | 29 | REASSIGNED from Judge Green to JUDGE GASCH on 3- 7-74.    PRATT, J |
| Apr | 1 | ARRAIGNED: Defendant handed copy of indictment; PLEA OF NOT GUILTY entered; bond set in sum of $10,000.00; remanded |
| | | GASCH,J    Rep-R. Mattson    J. T. Wright,Atty |
| Apr | 29 | STATUS HEARING: Plea Not Guilty withdrawn; PLEA GUILTY entered to the lesser included offense (assault on a police officer) under Count 3 of the indictment; Referred; Remanded. |
| | | GASCH, J.    Rep-R. Mattson    James T. Wright Atty |
| May | 29 | CASE called for sentence: Twenty (20) months to five (5) years concurrent with any sentence now being served; Court recommends Springfield, Missouri; Remaining charges dismissed. JUDGMENT & COMMITMEN |

