Date: March 14-08

Copies to: Judge
AUSA — Special Proceedings
Dft.

CR 74-138-TFH
CR 73-852-TFH

**FILED**
MAR 17 2008
Clerk, U.S. District and
Bankruptcy Courts

To: United States District Court
For The District Of Columbia
Honor, Clerk Mr. Linda Pugh
333 Constitution Avenue, N.W.
National Capitol
Washington, D.C. 20001:

CR 74-138-TFH

From: Mr. Terry L. Burgin El-Bay
C-2 #0022241-075-Aux #01
P.O. Box 630 R.I.C.
National States
Winton, North Carolina 27986:

Issue Quest: Writ Of Mandamus
elevation —; How Soon too - Decision?:
Over 30 Day's."

Dear Majistic Clerk Mr. L. Pugh:
   I am, two ways seeking
clear - mea in Writ Of Mandamus, that
is pending in Honor District Court —
over 30 Day's: without ruling." Can
give ensight view; as too when
a U.S.A. Special Proceeding Honor
- Court, .... will Rule "Place in
question too - Honor Court to Rule are
CR 74-138, and CR 73-852; both
TFH sections - noted by Honor Court
Proceeding" File Oct 4-07.
   In, 1-24-08, wrote too

RECEIVED
MAR 17 2008
Clerk, U.S. District and
[Bankruptcy] Courts

12

See, that a decision in Mandamus Proceeding. Had be maded." Also sent a copy Committment Docket Case sheet Criminal No. D. Honor Judge Oliver Gasch, both cases. He held and Sentence - One Sentence: as show on - Sheet - Honor Court Records - May 29-74; and sentence was 20 months to 5 years; ----- all other - Sentence; where drops." As, Sheet Docket alled - D and Jan 31-08, was sent to Judge of a U.S.D - Special Proceeding. By C.J. Hogan. But Feb. 14-08, Response back around 2-19-08: letter was return and, copy Sentence Sheet section D was not return "CR 74-138-TFH CR 72-852-TFH, Committment Sheet: was not return". Call and spoke with Honor Clerk Mr. H, believe last of Feb.-08. Said, send Mr. e a copy back as requested and, hope - Writ of Mandamus can now be - Honor Court & Judge can rule. For Sheet - Shows - Sentence been over and completed and Honorable Judge O. Gasch did Sentence and drop Sentenced; as Sentence Committment Page attach, D." - Docket Records".

Writ, Your Clerk - Appreciative - ness, return Sentence - Sheet copy; and, hope - Honor-able Judge can now - Rule. And, Immediate Release

12

in here - now - Mar. - 08. Soon, as Honor Court - Capacities - acknowledge, and Immediate Release."

Respectfully Submitted,
Yours - Citizenry - Person
Mr. Terry _____

"Honor Court Capacities - All - Vote," as - Ever - : Best - Shall - Lead - and United States - ; Be - Greater and Greater."

